Name ANTHONY FERRANTINO

Street Address 1331 CRANE STREET APT. 402

City and County MENLO PARK SAN MATEO COUNTY

State and Zip Code CALIFORNIA 94025

Telephone Number 650 213 2839

FILED

JAN 19 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

EMC

# CV21 0503

---

ANTHONY FERRANTINO

---

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

FIRST SECURITY

---

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name ANTHONY FERRANTINO

Street Address 1331 CRANE STREET APT. 402

City and County MENLO PARK SAN MATEO COUNTY

State and Zip Code CALIFORNIA 94025

Telephone Number 650 213 2839

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name FIRST SECURITY

Job or Title
(if known)

Street Address 550 HOWE AVENUE

City and County SACRAMENTO

State and Zip Code CALIFORNIA 95825

Telephone Number

AND. FIRST SECURITY
MAIN OFFICE

Defendant No. 2

Name 1731 TECHNOLOGY DRIVE

Job or Title
(if known) SAN JOSE, CA. 95110-

Street Address

City and County

State and Zip Code

Telephone Number

2

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

AGE DISCRIMINATION IN EMPLOYMENT ACT

, AGE DISCRIM AGE 40 AND ABOVE

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.     If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

50, 000

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

COMPLAINT - FOLLOWING

_____

_____

_____

_____

5

# THE COMPLAINT

ANTHONY FERRANTINO IS 74 YEARS OLD BORN AUGUST 26, 1946.

ANTHONY FERRANTINO IS EMINENTLY QUALIFIED FOR THE POSITION OF SECURITY GUARD, HOLDING THE NECESSARY GUARD LICENSES.
ALSO, ANTHONY FERRANTINO HAS 15 YEARS AS FEDERAL CONTRACT SECURITY OFFICER IN UNITED STATES DISTRICT COURT, CHICAGO, ILLINOIS.

ANTHONY FERRANTINO SUBMITS LETTER OF COMMENDATION FROM DEPT. OF HOMELAND SECURITY FOR HIS WORK IN U.S. DISTRICT COURT, CHICAGO, ILLINOIS

ANTHONY FERRANTINO SUBMITTED APPLICATION FOR THE POSITION AND APPLICATION RECEIVED FOR THE POSITION.

I AM EMINENTLY QUALIFIED.

ANTHONY FERRANTINO WAS DISCRIMINATED USING MY AGE.

ANTHONY FERRANTINO WAS SEGREGATED TO ON CALL POSITION AT A SHOPPING CENTER THUS LIMITING MY EMPLOYMENT OPPORTUNITIES WITH FIRST SECURITY.
SEGREGATED:
ALSO, WHEN I BEGAN SUBJECTED TO AGE DISCRIMINATION I WAS DENIED THE COMPENSATION ORIGINALLY PROMISED FOR ARMED SECURITY THEN I WAS SEGREGATED TO ON-CALL SHOPPING CENTER WORK. WHICH DEPRIVED ME OF EMPLOYMENT OPPORTUNITIES.

I AM EMINENTLY QUALIFIED WITH 15 YEARS AS FEDERAL CONTRACT SECURITY OFFICER. U.S. DISTRICT COURT, CHICAGO, ILLINOIS.

CERTIFICATION OF VITAL RECORD

# STATE OF ILLINOIS

DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS



FILL IN THIS FORM (except signature)
WITH TYPEWRITER OR LEGIBLE PRINTING

STATE OF ILLINOIS    ORIGINAL
DWIGHT H. GREEN, Governor
Department of Public Health—Division of Vital Statistics

NR **CERTIFICATE OF BIRTH**

Registered No. 44093

**1. PLACE OF BIRTH**   Registration 3104

County of Cook   Dist. No.

Chicago (Township, Road Dist., Village, City)   Primary 3104 Dist. No.

*(Cancel the three terms not applicable—Do not enter "R. R.," "R. F. D." or other P. O. Address)

Name of hospital or institution Saint Elizabeth Hospital

Time at above place before delivery? 1 hour (Specify days or hours)

Street and Number, No. 1431 N. Claremont Ave.   St. 32   Ward.

**2. RESIDENCE OF MOTHER:** (a) STATE Illinois (usual place of abode)—Do not enter "R. R.," "R. F. D." or other P. O. Address. If Rural Resident, give Township only.   (b) County Cook   (c) City or Village LaGrange

(d) Township   (e) Road Dist.

**3. FULL NAME OF CHILD** Anthony Joseph Ferrantino

**4.** Date of birth August 26, 1946 (Month, day, year)

**5.** Sex of Child Male

**6.** Twin, Triplet or other? Number in order of birth (To be answered only in the event of plural births)

**7.** Number months of pregnancy 10 lunar

**8.** Legitimate? Yes X No

| | FATHER | | MOTHER |
|---|---|---|---|
| 9. Full name | Vincent James Ferrantino | 15. Full maiden name | Theresa Fromandi |
| 10. Color or race | white | 16. Color or race | white |
| 11. Age at time of this birth | 46 yrs. | 17. Age at time of this birth | 38 yrs. |
| 12. Birthplace (city or place) (State or country) | Italy | 18. Birthplace (city or place) (State or country) | Chicago Illinois |
| 13. Trade, profession, or particular kind of work done, as spinner, lawyer, bookkeeper, etc. | Insurance man | 19. Trade, profession, or particular kind of work done, as housekeeper, typist, nurse, clerk, etc. | Housewife |
| 14. Industry or business in which work was done, as silk mill, sawmill, bank, etc. | Northern Trust | 20. Industry or business in which work was done, as own home, lawyer's office, silk mill, etc. | Own Home |

**21.** (a) Including this child, number of children born alive to this mother? 4
(b) Including this child, how many of these children are now living? 4
(c) How many were born dead to this mother, i.e., Stillborn? 0

**22.** Mother's mailing address for registration notice: 71st & Joliet Road, LaGrange - Ill.

What treatment was given child's eyes at birth? Silver nitrate 1%

**23.** (a) Was a blood test for Syphilis made upon the mother of this child? Yes
(b) Date blood specimen was taken on 5/13/46
(c) Name of Laboratory making this test State

NOTE: Result of the test must not be stated on this certificate.

**24.** I hereby certify that I attended at the birth of this child which was BORN ALIVE at 8:00 P.M. on the date stated above.

Date signed 8-26-46   Signed   Address   Phone   Physician Midwife

**25.** Date Filed SEP 20 1946   **26.** Signature   Registrar
Post Office Address

006533   This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED

April 30, 2003

Eric E. Whitaker M.D.
ERIC E. WHITAKER, M.D.
STATE REGISTRAR



**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement
Federal Protective Service, Chicago, IL

---

230 South Dearborn
*Chicago, IL 60604*

Dear Anthony Ferrentino, GSSC Security:

Congratulations for playing an important role in the establishment of the Department of Homeland Security (DHS). The founding of this new Department is the most significant transformation of the United States Government in over fifty years, and its creation has been an enormous undertaking. Combining twenty-two agencies required an extraordinary effort from thousands of individuals and your organization was important to the success of this effort. Your dedication and expertise are greatly appreciated. All individuals who were part of this historic event should be proud of the outcome.

In closing, I wish to reiterate my sincere appreciation for the contribution that you and your organization have made to DHS.

John R. Bier, ACOR

Sincerely,

15



STATE OF CALIFORNIA – BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY GOVERNOR EDMUND G. BROWN JR.

**BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
Post Office Box 980550
West Sacramento, CA 95798-0550
Phone (916) 322-4000 Fax (916) 575-7289
www.bsis.ca.gov



## CERTIFICATION OF LICENSURE

This is to certify that I, Summer Cedarleaf, am a Disciplinary Review Unit Analyst in the classification of Staff Services Analyst at the Bureau of Security and Investigative Services, Department of Consumer Affairs. In this position, I am tasked with searching the records of the Bureau and providing this Certification. A diligent search was made under my direction and any failure to find a record should be regarded in respect to Evidence Code Section 1284.

**Licensee:**
Anthony Joseph Ferrantino
515 P St. #504
Sacramento, CA 95814

**License Number:** 1544442
**License Type:** Guard



**Other Licenses:**
Firearm Permit No. 289519
Calibers: 9mm, 38, 357, 40, 45



Baton Permit No. 148662

Expires: no expiration date; only valid when accompanied with a valid guard card

I declare under penalty of perjury, under the laws of the State of California, that the above statements are true and correct to the best of my knowledge and belief. Given under my hand and the seal of the Department of Consumer Affairs, Bureau of Security and Investigative Services, at Sacramento, California, this 29th day of May 2015.

LAURA ALARCON, Chief

By SUMMER CEDARLEAF
Disciplinary Review Unit Analyst



*Section 162 of the Business and Professions Code:* The certificate of the officer in charge of the records of any board in the department that any person was, or was not on a specified date, or during a specified period of time, licensed, certified or registered under the provisions of law administered by the Board, or that the license, certificate or registration of any person was revoked or under suspension, shall be admitted in any court as prima facie evidence of the facts therein recited.

22





# Bureau of Security and Investigative Services

ORIGINAL LICENSE

# Private Patrol Operator

LICENSE NO.    PPO 15873

**ANTHONY J FERRANTINO**

555 BRYANT ST #511
PALO ALTO CA 94301

The above is licensed as a Sole Ownership with the State Bureau of Security and Investigative Services.

ANTHONY JOSEPH FERRANTINO                    QUALIFIED MANAGER-OWNER

PLACE RENEWAL HERE

RECEIPT NUMBER

This Original License must be kept for the life of the license and posted in Public View.

The above named is a licensed Private Patrol Operator in the State of California, subject to the filing for renewal and the payment of the statutory fee by the expiration date.

This license is issued pursuant to, and continues in effect subject to compliance with, the provisions of Chapter 11.5 of Division 3 of the Business and Professions Code of the State of California, and the Rules and Regulations established thereunder, and the above named licensee is duly authorized under said Chapter.

DEPARTMENT OF CONSUMER AFFAIRS
BUREAU OF SECURITY AND INVESTIGATIVE SERVICES
P.O. BOX 989002
WEST SACRAMENTO, CA 95798-9002
(916) 322-4000

----- POST IN PUBLIC VIEW -----

BUREAU OF SECURITY & INVESTIGATIVE SERVICES
P.O. BOX 989002
WEST SACRAMENTO, CA 95798-9002
(916) 322-4000

**Private Patrol Operator**

QUAL MGR/OWNER OF
ANTHONY J FERRANTINO
ANTHONY JOSEPH FERRANTINO
555 BRYANT ST
PALO ALTO CA 94301

License No: PPO 15873

Signature

RECEIPT NO.

00028037

Case 3:21-cv-00503-EMC   Document 1   Filed 01/19/21   Page 12 of 30

# STATE OF ILLINOIS

### DEPARTMENT OF PUBLIC HEALTH - DIVISION OF VITAL RECORDS



STATE OF ILLINOIS    ORIGINAL
DWIGHT H. GREEN, Governor
Department of Public Health—Division of Vital Statistics

## NR CERTIFICATE OF BIRTH

Registered No. 44093

FILL IN THIS FORM (except signature)
WITH TYPEWRITER OR LEGIBLE PRINTING

| | |
|---|---|
| 1. PLACE OF BIRTH | Registration Dist. No. **3104** |
| County of **Cook** | |
| **Chicago** — Township, Road Dist., Village, City | Primary Dist. No. **3104** |
| *(Cancel the three terms not applicable—Do not enter "R. R.", "R.F.D." or other P. O. Address.) | |
| Street and Number, No. **1431 N. Claremont Ave.** | St. **32** Ward. |

Name of hospital or institution. **Saint Elizabeth Hospital**

Time at above place before delivery? **1 hour** (Specify days or hours)

2. RESIDENCE OF MOTHER: (a) STATE **Illinois** (b) County **Cook** (c) City or Village **LaGrange**
(usual place of abode)—Do not enter "R.R.", "R.Y.D." or other P.O. Address. If Rural Resident, give Township only.
(d) Township. (e) Road Dist.

| | | |
|---|---|---|
| 3. FULL NAME OF CHILD | **Anthony Joseph Ferrantino** | 4. Date of birth **August 26** 19 **46** (Month, day, year) |
| 5. Sex of Child **Male** | 6. Twin, Triplet or other? (To be answered only in the event of plural births) Number in order of birth | 7. Number months of pregnancy **10 lunar** | 8. Legitimate? Yes **X** No |

| FATHER | MOTHER |
|---|---|
| 9. Full name **Vincent James Ferrantino** | 10. Full maiden name **Theresa Fromandi** |
| 11. Color or race **white** | 12. Age at time of this birth **46** yrs. | 16. Color or race **white** | 17. Age at time of this birth **38** yrs. |
| 13. Birthplace (city or place) (State or country) **Italy** | 18. Birthplace (city or place) (State or country) **Chicago Illinois** |
| 14. Trade, profession, or particular kind of work done, as spinner, lawyer, bookkeeper, etc. **Insurance man** | 19. Trade, profession, or particular kind of work done, as housekeeper, typist, nurse, clerk, etc. **Housewife** |
| 15. Industry or business in which work was done, as silk mill, bank, etc. **Northern Trust** | 20. Industry or business in which work was done, as own home, lawyer's office, silk mill, etc. **Own Home** |
| 21. (a) Including this child, number of children born alive to this mother? **4** | 22. Mother's mailing address for registration notice: |
| (b) Including this child, how many of these children are now living? **4** | **71st & Joliet Road, LaGrange – Ill** |
| (c) How many were born dead to this mother, i.e., Stillborn? **0** | |

What treatment was given child's eyes at birth? **Silver nitrate 1%**

23. (a) Was a blood test for Syphilis made upon the mother of this child? **Yes**    (b) Date blood specimen was taken **5/13/46**    (c) Name of Laboratory making this test **State**
NOTE: Result of the test must not be stated on this certificate.

24. I hereby certify that I attended at the birth of this child which was BORN ALIVE at **8:00 P.M.** on the date stated above. Physician / Midwife
Date signed **8-26-46**    Address    Signed    Phone

25. Date filed **SEP 20 1946**    26. Signature    Registrar
Post Office Address

---

**006533**

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

DATE ISSUED

April 30, 2003

ERIC E. WHITAKER, M.D.
STATE REGISTRAR

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**U.S. Department of Homeland Security**
Bureau of Immigration and Customs Enforcement
Federal Protective Service, Chicago, IL

230 South Dearborn
*Chicago, IL 60604*

Dear Anthony Ferrentino, GSSC Security:

Congratulations for playing an important role in the establishment of the Department of Homeland Security (DHS). The founding of this new Department is the most significant transformation of the United States Government in over fifty years, and its creation has been an enormous undertaking. Combining twenty-two agencies required an extraordinary effort from thousands of individuals and your organization was important to the success of this effort. Your dedication and expertise are greatly appreciated. All individuals who were part of this historic event should be proud of the outcome.

In closing, I wish to reiterate my sincere appreciation for the contribution that you and your organization have made to DHS.

John R. Bier, ACOR

Sincerely,





# National Rifle Association of America

*Certifies that*

## ANTHONY J. FERRANTINO

*Having successfully met the requirements established by the National Rifle Association of America is hereby designated an*

### NRA CERTIFIED INSTRUCTOR

*and is authorized to teach the following basic courses:*

Pistol



Refer to identification card for expiration date

Edward J. Land, Jr., NRA Secretary



**CONTRACT GUARD**
**QUALIFICATION CERTIFICATE**



### NOT FOR IDENTIFICATION PURPOSES

The below named individual is authorized to work on U.S. General Service Administration Protection Contracts and has read the reverse side of this form "Privacy Act."

| NAME OF EMPLOYEE | CONTRACT GUARD COMPANY |
|---|---|
| ANTHONY FERRANTINO | GSSC |

SOCIAL SECURITY NUMBER



|  | EXPIRATION DATES | | |
|---|---|---|---|
| WE FILE | FQ FILE | PE FILE |
| SC FILE | SWE | OTHER |
| REGION: #5 | | |

Signature of Authorized Official
**FEDERAL PROTECTION AND SAFETY DIVISION**

# FEMA-1513-DR-IL



# Severe Storms & Tornadoes

The Federal Emergency Management Agency and the State of Illinois wish to express their thanks and appreciation for your dedication and selfless sacrifices in assisting the citizens of the State from the severe storms and tornadoes .





FEMA

Lee Champagne, Federal Coordinating Officer

William C. Burke, State Coordinating Officer



Contractor

## Special Programs



01158

# Anthony
# Ferrantino

United States Military Entrance Processing Command - Employee Identification



## Department Of Homeland Security
FEMA-1513-DR-IL
Disaster Field Office
4115 Progress Drive
Ottawa, IL 61350-9548



# FEMA

Dear Anthony Ferrnatino,

We extend our sincere appreciation to you for the dedication and hours of hard work you contributed to the Emergency/Disaster Recovery Operation efforts in Illinois. The teamwork and professionalism displayed by everyone on the Disaster Recovery Staff helped to deliver timely benefits and minimize the adverse impact of the severe winds and tornados.

We also would like to thank your family members for their understanding and support of your being away while you assisted the people of the State of Illinois

Please accept this Certificate of Appreciation as our thanks for your efforts.

Lee Champagne, Federal Coordinating Officer



STATE OF CALIFORNIA BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY GOVERNOR EDMUND G. BROWN JR.

**BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
Post Office Box 980550
West Sacramento, CA 95798-0550
Phone (916) 322-4000 Fax (916) 575-7289
www.bsis.ca.gov



## <u>CERTIFICATION OF LICENSURE</u>

This is to certify that I, Summer Cedarleaf, am a Disciplinary Review Unit Analyst in the classification of Staff Services Analyst at the Bureau of Security and Investigative Services, Department of Consumer Affairs. In this position, I am tasked with searching the records of the Bureau and providing this Certification.  A diligent search was made under my direction and any failure to find a record should be regarded in respect to Evidence Code Section 1284.

**<u>Licensee:</u>**
Anthony Joseph Ferrantino
515 P St. #504
Sacramento, CA 95814

**License Number: 1544442**
License Type: Guard
Issued:  3/15/2007
Expires:  3/31/2017

**<u>Other Licenses:</u>**
Firearm Permit No. 289519
Calibers: 9mm, 38, 357, 40, 45

Issued:  3/16/2007
Expires:  5/31/2017

Baton Permit No. 148662

Expires: no expiration date; only valid when accompanied with a valid guard card

I declare under penalty of perjury, under the laws of the State of California, that the above statements are true and correct to the best of my knowledge and belief. Given under my hand and the seal of the Department of Consumer Affairs, Bureau of Security and Investigative Services, at Sacramento, California, this 29th day of May 2015.

LAURA ALARCON, Chief

By SUMMER CEDARLEAF
Disciplinary Review Unit Analyst



**<u>Section 162 of the Business and Professions Code:</u>** The certificate of the officer in charge of the records of any board in the department that any person was or was not on a specified date, or during a specified period of time, licensed, certified or registered under the provisions of law administered by the Board, or that the license, certificate or registration of any person was revoked or under suspension, shall be admitted in any court as prima facie evidence of the facts therein recited.

Case 3:21-cv-00503-EMC   Document 1   Filed 01/19/21   Page 21 of 30

Remove your new Pocket Registration from the receipt portion and carry it with you at all times.

*(Please cut along the dotted lines)*

**Bureau of Security and Investigative Services**
P.O. Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000
DEPARTMENT OF CONSUMER AFFAIRS

### GUARD REGISTRATION
Additional Permit Required to Carry Firearm

Registration No. G1544442   Expiration 03/31/2019

ANTHONY J FERRANTINO
515 P ST #504
SACRAMENTO, CA 95814

Signature _____

Receipt No.
188446

Bureau of Security and Investigative Services
P.O. Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000

### I M P O R T A N T

1. Please include your registration number on any correspondence to this office.
2. Notify the Bureau of any name or address change in writing.
3. Report any loss immediately in writing to the Bureau.
4. Please sign and carry the pocket registration with you.
5. See reverse side for additional information.

| Registration No. | Expiration Date | Receipt No. |
|---|---|---|
| G1544442 | 03/31/2019 | 188446 |

ANTHONY J FERRANTINO

This is your RECEIPT.    Please save for your records.

PPIG (Front) 10/2015



 

Remove your new Pocket Permit from the receipt portion and carry it with you at all times.

*(please cut along the dotted lines)*

**Bureau of Security and Investigative Services**

P.O. Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000

**PERMIT FOR EXPOSED FIREARM**

Bearer must possess a valid qualifying: ACE, ACQ, G, PI, or PPO License

Permit No. FQ289519    Expiration 05/31/2019

ANTHONY J. FERRANTINO
1201 MORSE AVE, APT #68
SACRAMENTO, CA 95864

Calibers: 357; 38; 45; 40; 9MM

Signature _____    Receipt No. 30439

FIRST SECURITY GAVE MY ARMED SECURITY POSITION TO A PERSON SUBSTANTIALLY YOUNGER. I AM AGE 40 AND ABOVE. I AM 74 YEARS OLD. MY RATE WAS LOWERED TO AN UNARMED SHOPPING CENTER RATE.

The Age Discrimination in Employment Act ("ADEA") makes it unlawful for an employer:

> (1) to fail or refuse to hire or to discharge any individual or otherwise discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age;
>
> (2) to limit, segregate, or classify his employees in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's age; or
>
> (3) to reduce the wage rate of any employee in order to comply with this chapter.

## DIRECT EVIDENCE

## THAT DISCRIMINATION WAS BECAUSE OF MY AGE:

↓

1. FIRST SECURITY MANAGER, ROBIN, TOLD ME THAT I WAS TOO OLD TO DO THE JOB.

2. FIRST SECURITY SUPERVISOR, RICHARD SAID TO ME,

"WHY DON'T YOU GO WORK SOMEWHERE ELSE, I DON'T THINK YOU CAN DO THE JOB, BECAUSE OF YOUR AGE."

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$50,000

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __1 - 19__, 20_21_

Signature of Plaintiff  _____

Printed Name of Plaintiff  _____

ANTHONY FERRANTINO

6

FINALLY,

I FILED THE CASE IN THIS JURISDICTION BECAUSE FIRST SECURITY MAIN OFFICE IS LOCATED IN SAN FRAN / OAKLAD / SAN JOSE AREA.

FIRST SECURITY MAIN OFFICE IS AT:

1731 TECHNOLOGY DRIVE.

SAN JOSE, CA. 95110.

first security. san jose, ca – Google Search

# Go gle

first security. san jose, ca

All · Maps · News · Images · Shopping · More   Settings   Tools

About 51,900,000 results (0.54 seconds)

https://yelp.com › ... › Security Services ▾
### First Security Services - 17 Reviews - Security Services - 1731 ...
17 reviews of First Security Services "So, awhile back, we had a bit of a security ... Difficult to
contact anyone at First Security. ... Ste 800 San Jose, CA 95110.
Rating: 2 · 17 reviews

https://indeed.com › ... › Employee Reviews ▾
### Working at First Security Services in San Jose, CA: Employee ...
Reviews from First Security Services employees about First Security Services culture,
salaries, benefits, work-life balance, management, job security, and more.
Rating: 3.5 · 100 reviews

https://indeed.com › q-First-Security-I-San-Jose,-CA-jobs ▾
### First Security Jobs, Employment in San Jose, CA | Indeed.com
1124 First Security jobs available in San Jose, CA on Indeed.com. Apply to Security Specialist,
Security Officer, Receptionist and more!

https://linkedin.com › first-security-services-3227a3b7
### First Security Services - LinkedIn
First Security Services. First Security Services at First Security Services. First Security
Services. San Jose, California. Join to Connect.
San Jose, California · First Security Services · First Security Services

https://mapquest.com › california › first-security-service... ▾
### First Security Services 1731 Technology Dr Ste 800 San Jose ...
Get directions, reviews and information for First Security Services in San Jose, CA.

https://glassdoor.com › Location › First-Security-Servic... ▾
### First Security Services San Jose, CA - Glassdoor
Aug 5, 2019 — Learn about First Security Services 's San Jose office. Search jobs. See
reviews, salaries & interviews from First Security Services employees in ...

https://glassdoor.com › Overview › Working-at-First-Se... ▾
### Working at First Security Services | Glassdoor



Airport place  Century

# First Security Services

Directions   Save

4.6    82 Google reviews
Security guard service in San Jose, California

**Located in:** Airport place
**Address:** 1731 Technology Dr #800, San Jose, CA 95110
**Hours:** Closed · Opens 8AM Mon ▾
**Phone:** (800) 778-3017

Suggest an edit · Own this business?

## Add missing information
Add website

## Questions & answers
See all questions (2)                    Ask a question

## Reviews          Write a review    Add a photo

 "They provide Friendly **staff** and **expert staff.**"

"Looking for day and night **shift people.**"

 "My **husband** and I just recently held a **birthday party** for my 6 **year** old."

ANTHONY FERRANTINO PRAYS THE COURT TO HEAR MY CASE.

SIGNED _[signature]_

ANTHONY FERRANTINO.

DATED

JANUARY 16 2021

STATE OF CALIFORNIA – BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY GOVERNOR EDMUND G. BROWN JR.

# BUREAU OF SECURITY AND INVESTIGATIVE SERVICES

Post Office Box 980550
West Sacramento, CA 95798-0550
Phone (916) 322-4000 Fax (916) 575-7289
www.bsis.ca.gov



## CERTIFICATION OF LICENSURE

This is to certify that I, Summer Cedarleaf, am a Disciplinary Review Unit Analyst in the classification of Staff Services Analyst at the Bureau of Security and Investigative Services, Department of Consumer Affairs. In this position, I am tasked with searching the records of the Bureau and providing this Certification. A diligent search was made under my direction and any failure to find a record should be regarded in respect to Evidence Code Section 1284.

**Licensee:**
Anthony Joseph Ferrantino
515 P St. #504
Sacramento, CA 95814

**License Number: 1544442**
License Type: Guard

**Other Licenses:**
Firearm Permit No. 289519
Calibers: 9mm, 38, 357, 40, 45

Baton Permit No. 148662

Expires: no expiration date; only valid when accompanied with a valid guard card

I declare under penalty of perjury, under the laws of the State of California, that the above statements are true and correct to the best of my knowledge and belief. Given under my hand and the seal of the Department of Consumer Affairs, Bureau of Security and Investigative Services, at Sacramento, California, this 29th day of May 2015.

LAURA ALARCON, Chief

By SUMMER CEDARLEAF
Disciplinary Review Unit Analyst

*Section 162 of the Business and Professions Code:* The certificate of the officer in charge of the records of any board in the department that any person was or was not on a specified date, or during a specified period of time, licensed, certified or registered under the provisions of law administered by the Board, or that the license, certificate or registration of any person was revoked or under suspension, shall be admitted in any court as prima facie evidence of the facts therein recited.



STATE OF CALIFORNIA

DEPARTMENT OF CONSUMER AFFAIRS

FIREARMS TRAINING INSTRUCTOR CERTIFICATE

CERTIFICATE TIF 1927
RECEIPT NO. 00000000

Bureau of Security and Investigative Services
P.O. BOX 989002
West Sacramento, CA 95798-9002
(916) 322-4000

ANTHONY JOSEPH FERRANTINO
555 BRYANT ST 511
PALO ALTO CA 94301

In accordance with the provisions of
Division 3, Chapter 11.5 of the Business
and Professions Code, the individual
named hereon is issued a Training
Instructor Certificate.

----- NON-TRANSFERABLE ----- POST IN PUBLIC VIEW -----

09/22/08
09/22/08

OPITIF 03/31/08

